DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO CAREAGA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2728

[September 11, 2024]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch, V, Judge; L.T. Case No. 11-4530CF10A.

Mario Careaga, Moore Haven, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

**ON APPELLANT'S MOTION FOR REHEARING AND
REQUEST FOR WRITTEN OPINION**

PER CURIAM.

We deny the appellant's motion for rehearing and request for a written opinion. However, we withdraw our prior per curiam affirmance without citation and substitute the following per curiam affirmance with citation.

*Affirmed. See Earl v. State*, 314 So. 3d 1253, 1255 (Fla. 2021) (although Florida Rule of Criminal Procedure 3.800(a)'s plain language "does not expressly prohibit defendants from seeking to correct unlawfully lenient sentences ... defendants are not entitled to such relief under the rule absent a showing of prejudice").

CIKLIN, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***No further motions for rehearing shall be permitted.***